# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 20, 2014

## NO. 03-13-00797-CV

**Martha McDonald, Appellant**

**v.**

**U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Trustee, Successor by Merger to LaSalle Bank, National Association, as Trustee for Mill Creek Bank Inc. Trust Series 2003-1, Appellees**

**APPEAL FROM 20TH DISTRICT COURT OF MILAM COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the trial court on October 17, 2013. Martha McDonald has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.